UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

THOMAS McCARTHY,

          Petitioner,

v.                        Case No.: 9:19-cv-00883-BKS-TWD

MICHAEL SHARBAUGH,

          Respondent.

## STIPULATION OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and/or their respective counsel, that no party hereto is an infant or incompetent, that the above-captioned action is hereby voluntarily dismissed, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that each party shall bear their own fees and costs in connection with this action, and that the Clerk of the Court may file this Stipulation of Voluntarily Dismissal without providing further notice.

Dated: May 2, 2022

**THOMAS McCARTHY**
Petitioner

By: _/s Thomas McCarthy_
    Thomas McCarthy, *Pro Se*
P.O. Box 314
Ellicottville, New York 14731
(716) 374-2651
trmccarthy@gmail.com

Dated: May 9, 2022

**RUPP BAASE PFALZGRAF CUNNINGHAM LLC**
Attorneys for Respondent
Michael Sharbaugh

By: _/s Sean W. Costello_
    Sean W. Costello, Esq.
    Bar Roll No. 518804
1600 Liberty Building
Buffalo, New York 14202
(716) 854-3400
costello@ruppbaase.com

IT IS SO ORDERED:

*Brenda K Sannes*
Brenda K. Sannes
U.S. District Judge

Dated: May 10, 2022
Syracuse, NY